IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Bank of America, N.A.,** | ) Case No. 3:14-cv-1244 |
| | ) |
| **Plaintiffs** | ) |
| | ) **Judge Campbell** |
| v. | ) **Magistrate Judge Griffin** |
| | ) |
| **Roger D. Moore, Sr. and Deloras B. Moore,** | ) |
| | ) |
| **Defendants** | ) |

## ENTRY OF DEFAULT

Pending is Plaintiff's Motion for Entry of Default against Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (Docket Entry No. 13). Defendants were served with process and have not responded to the complaint within the time period allowed by law. Plaintiff has provided the necessary affidavits of military service as to these Defendants. Accordingly, for the reasons stated above, the Clerk hereby enters default against Defendants Roger D. Moore, Sr. and Deloras B. Moore.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court